## PEOPLE EX REL. CATHARINE D. C. PALMS v. WAYNE PROBATE JUDGE.

*Special administrator.*

When an appeal has been taken from the appointment of an administrator, the probate court should, on application, appoint a special administrator. *Per Curiam.*

MANDAMUS to require the Circuit Judge to exercise his statutory power of appointing a special administrator on the estate of Denis J. Campau. Submitted October 8. Granted October 9.

*John G. Hawley* for the writ.

*Moore & Moore* against.